IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICKIE BUTLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 2:24-cv-134-TFM-N |
| WALGREEN CO., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On August 11, 2025, the Magistrate Judge entered a report and recommendation which recommends that Defendant's motion for summary judgment be granted and this action be dismissed with prejudice. *See* Doc. 54. No objections were filed and the time frame has passed. On August 21, 2025, the Court did receive two letters from the Plaintiff (Docs. 56, 57), but they do not appear to address the Report and Recommendation. Regardless, the Court considered them during this review.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. 37) is **GRANTED**, and this action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 15th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE